NOT FOR PUBLICATION                                                          (Doc. No. 9)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND et al., | :<br>:<br>: |
| Plaintiffs, | : Civil No. 14-2614 (RBK/JS) |
| v. | : **ORDER** |
| INFRASTRUCTURE LLC, | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiffs' uncontested Motion for Default Judgment pursuant Fed. R. Civ. P. 55(b)(2) against Defendant Infrastructure LLC (Doc. No. 9), and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**, and **FINAL JUDGMENT** is entered in favor of Plaintiffs against Defendant in the amount of $2,796.16.

Dated: 6-29-2015

ROBERT B. KUGLER
United States District Judge